IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DISPLAY TECHNOLOGIES, LLC, | § § | |
| Plaintiff, | § § | Case No: |
| vs. | § § | PATENT CASE |
| OMRON HEALTHCARE, INC., | § § § | |
| Defendant. | § § | |

**PLAINTIFF'S RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Display Technologies, LLC a private non-governmental property, certifies that the names of all associations, firms, partnerships, corporations, and other artificial entities that either are related to the plaintiff as a parent, subsidiary, or otherwise, or have a direct or indirect pecuniary interest in the plaintiff's outcome in the case are below:

Patent Asset Management, LLC

Dated: September 8, 2021.

Respectfully submitted,

/s/April B. Senter
April Senter, #6313947
Senter Legal Services, Ltd.
19624 Governors Hwy
Flossmoor, Illinois 60422
708-586-7505
april@senterlegal.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

    I hereby certify that on September 8, 2021, I electronically filed the above document(s) with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

                                    */s/April B. Senter*
                                    April Senter