IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DISPLAY TECHNOLOGIES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:21-cv-04783 |
| | ) | |
| vs. | ) | Honorable Franklin U. Valderrama |
| | ) | |
| OMRON HEALTHCARE, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE PLEAD TO COMPLAINT**

Pursuant to FRCP 6(b), Defendant, Omron Healthcare, Inc. ("Defendant" or "Omron"), respectfully moves for entry of an order extending by a further thirty (30) days the deadline for Defendant to answer or otherwise plead to Plaintiff Display Technologies, LLC's ("Plaintiff" or "Display Technologies") Complaint. Dkt. 1. In support of this Motion, Defendant states as follows:

1. Plaintiff initiated this lawsuit on September 9, 2021 and served Defendant on November 5, 2021.

2. Defendant filed an unopposed motion for extension of time on November 24, 2021, which was granted by the Court. Dkt. 9. The Defendant's deadline for responding to the Complaint was extended to December 27, 2021.

3. The Parties will benefit from the additional time to facilitate discussions concerning potential resolution after the close of the upcoming holidays.

4. This case is in its initial stages. No Party will be prejudiced by the proposed extension, and the proposed extension will not create undue delay in the proceedings. Further, no

schedule has yet been set in this matter, and the requested extension will not adversely impact the scheduling of this case.

    5.    Counsel for Plaintiff indicated they did not oppose this motion. Good cause exists for the requested extension, and it is not improperly sought for purposes of delay.

WHEREFORE, Defendant requests that the Court extend the time Defendant has to respond to the Complaint by 30 days, setting the response deadline for January 26, 2022.

    Respectfully submitted,

Dated: December 21, 2021    By: /s/ John J. Lucas
    Thomas L. Duston
    John J. Lucas
    MARSHALL, GERSTEIN & BORUN LLP
    233 S. Wacker Dr., Suite 6300
    Chicago, IL 60606
    T: 312.474.6300
    E: tduston@marshallip.com
    E: jlucas@marshallip.com

    *Attorneys for Defendant*
    *Omron Healthcare, Inc.*