IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DISPLAY TECHNOLOGIES, LLC, | § § | |
| Plaintiff, | § § | Case No: 1:21-cv-04783 |
| vs. | § § | PATENT CASE |
| OMRON HEALTHCARE, INC., | § § | |
| | § | Hon. Franklin U. Valderrama |
| Defendant. | § § | Hon. Jeffrey I. Cummings |
| | § | |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Display Technologies, LLC, and Defendant Omron Healthcare, Inc., by their respective undersigned counsel, hereby STIPULATE and AGREE as follows:

1. All claims asserted by the Plaintiff in this Action are dismissed with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii);

2. Each party shall bear its own costs and attorneys' fees with respect to the matters dismissed hereby;

This Stipulation and Order shall finally resolve the Action between the parties.

Dated: June 6, 2022

Respectfully submitted,

| | |
|---|---|
| */s/Jay Johnson* | */s/Thomas L. Duston* |
| **JAY JOHNSON (Admitted PHV)** | Thomas L. Duston |
| State Bar No. 24067322 | Raymond R. Ricordati, III |
| **D. BRADLEY KIZZIA** | Chelsea M. Murray |
| State Bar No. 11547550 | John J. Lucas |
| **KIZZIA JOHNSON, PLLC** | MARSHALL, GERSTEIN & BORUN |
| 1910 Pacific Ave., Suite 13000 | LLP 233 S. Wacker Drive, 6300 |
| Dallas, Texas 75201 | Willis Tower Chicago, IL 60606 |
| (214) 451-0164 Fax: (214) 451-0165 | T: 312.474.6300 F: 312.474.0448 |
| jay@kjpllc.com | E: tduston@marshallip.com |
| bkizzia@kjpllc.com | E: rricordati@marshallip.com |
| | E: cmurray@marshallip.com |
| April B. Senter | E: jlucas@marshallip.com |
| State Bar No. 6313947 | |
| Senter Legal Services, Ltd. | **ATTORNEYS FOR DEFENDANT** |
| 19624 Governors Hwy, Suite 1 | |
| Flossmoor, IL 60422 | |
| (708) 586-7505 | |
| Fax: (708) 589-1375 | |
| April@senterlegal.com | |

**ATTORNEYS OR PLAINTIFF**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically on June 6, 2022, and was served via CM/ECF on all counsel who are deemed to have consented to electronic service.

                                                          */s/Jay Johnson*
                                                        **JAY JOHNSON (Admitted PHV)**

SO ORDERED, this _____ day of June ____ 2022.

                                                      BY THE COURT:

                                                      _____
                                                      HONORABLE UNITED STATES
                                                      DISTRICT/MAGISTRATE JUDGE